UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD.<br><br>Plaintiff,<br><br>v.<br><br>NARRAGANSETT ELECTRIC COMPANY<br><br>Defendant, | C.A. No. 05-40076 |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**
**TRANSCANADA POWER MARKETING LTD.**

Pursuant to Local Rule 7.3, Plaintiff TransCanada Power Marketing Ltd. hereby states that it is a wholly owned subsidiary of TransCanada Pipeline USA Ltd.

Respectfully submitted,

TRANSCANADA POWER MARKETING

By its attorneys,

Dated: May 17, 2005

_____
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
**CHOATE, HALL & STEWART LLP**
Exchange Place
53 State Street
Boston, MA 02109
Telephone No. (617) 248-5000
Fax No. (617) 248-4000

3925885v1