⚜AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

(Central Division)          District of     Massachusetts

TransCanada Power Marketing Ltd.

V.

Narragansett Electric Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05-40076**

TO: (Name and address of Defendant)

Narragansett Electric Company
280 Melrose Street
Providence, RI 02901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel C. Winston
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                     5/17/05
_____                     _____
CLERK                                                 DATE

_Sherry Jones_
(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | May 19, 2005 |
| NAME OF SERVER   BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to   MS. JOANNE SCANLON, ADMINISTRATIVE ASSISTANT AND
Duly Authorized Agent for the within-named   NARRAGANSETT ELECTRIC COMPANY
Said service was made at:
280 MELROSE STREET, PROVIDENCE, RHODE ISLAND   , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 77.00   Trips _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 19, 2005
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #         (617) 720-5737 |