UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076FDS

TRANSCANADA POWER MARKETING LTD.  )
                                  )
        Plaintiff,                )
                                  )
        v.                        )
                                  )
NARRAGANSETT ELECTRIC COMPANY     )
                                  )
        Defendant.                )

## STATEMENT OF NARRAGANSETT ELECTRIC COMPANY PURSUANT TO FED.R.CIV.P. 7.1

The common stock of The Narragansett Electric Company is wholly owned, through intermediate entities, by National Grid Transco plc, the stock of which is publicly traded. No publicly held corporation owns 10% or more of the stock of National Grid Transco plc.

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street. P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: June 7, 2005

{J:\CLIENTS\lit\304810\0001\00548372.DOC;1}