UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NARRAGANSETT ELECTRIC COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-40076FDS |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, August 1, 2005**, the address of Choate, Hall & Stewart LLP, counsel for Plaintiff TransCanada Power Marketing Ltd., will change to Two International Place, Boston, MA 02110.  The telephone number of counsel and their individual electronic mail addresses will remain the same.

                          Respectfully submitted,

                          TRANSCANADA POWER MARKETING LTD.,

                          By its attorneys,

                          /s/ Wendy S. Plotkin
                          Daniel C. Winston (BBO#562209)
                          Wendy S. Plotkin (BBO#647716)
                          CHOATE, HALL & STEWART LLP
                          Exchange Place
                          53 State Street
                          Boston, MA  02109
                          Tel.: (617) 248-5000
                          Fax: (617) 248-4000

Date:  July 27, 2005

3963983_1.DOC