UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

TRANSCANADA POWER MARKETING LTD.,    )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   C.A. No. 05-40076FDS
                                      )
                                      )
NARRAGANSETT ELECTRIC COMPANY,        )
                                      )
    Defendant.                        )
                                      )

## JOINT STATEMENT IN ACCORDANCE WITH LOCAL RULE 16.1

Pursuant to Local Rule 16.1, plaintiffs TransCanada Power Marketing Ltd. ("TransCanada") and Defendant The Narragansett Electric Company ("Narragansett") hereby submit this Joint Statement in anticipation of the Scheduling Conference to be held on _____ _____, 2005 in the above-captioned action.

I.   JOINT DISCOVERY PLAN

    A.   Motions and Discovery

    1.   On or before Wednesday, September 28, 2005 the parties shall satisfy their automatic disclosure obligations under Fed. R. Civ. P. 26(a) and Local Rule 26.2 (A).

    2.   By December 2, 2005, the parties shall file all motions to join additional parties and/or to amend the pleadings.

    3.   By March 31, 2006, the parties shall identify all trial experts pursuant to Fed. R. Civ. P. 26(a)(2).

3982642v1

4. By April 30, 2006, the parties shall provide the expert disclosures required by Fed. R. Civ. P. 26(a)(2). Supplementary disclosures under Fed.R.Civ.P. 26(a)(2) are to be made within 30 days after disclosure by the other party, as set forth in Fed.R.Civ.P. 26(a)(2)(C).

5. By May 15, 2006, the parties shall serve all requests for production of documents, interrogatories and requests for admissions. Responses shall be served in accordance with the Federal Rules of Civil Procedure.

6. By June 30, 2006, the parties shall complete all discovery, including depositions of expert witnesses.

7. By July 15, 2006, the parties shall file all dispositive motions, including motions for summary judgment. Responses to any such motions are to be filed in accordance with the Local Rules.

B. Discovery Limitations

The discovery limitations in Local Rule 26.1(C) will apply, with the following amendments:

1. Fact witness depositions shall be of the duration specified in Fed. R. Civ. P. 30(d)(2), except that each side may apply a total of 5 extra hours to the depositions provided that no single fact witness deposition may exceed 10 hours (except as provided in Fed. R. Civ. P. 30(d)(2)). Each party may additionally conduct one deposition of each of the other party's experts.

2. The parties disagree as to the following discovery limitations:

| Plaintiff's Position | Defendant's Position |
|---|---|
| There shall be no limit on the number of sets of document requests, subject to standard objections that the number of requests is unduly burdensome. | The parties shall each be limited to two sets of document requests. |
| Each party shall be limited to 15 fact witness depositions. | Each party shall be limited to 10 fact witness depositions. |

C. Pre-Trial Schedule

1. By _____ (30 days before pre-trial conference), the parties shall make the pre-trial disclosures required by Fed.R.Civ.P. 26(a)(3), as set forth in Local Rule 16.5(C). Objections to such disclosures shall be made as set forth in Local Rule 16.5(C).

2. By _____ (15 days before pre-trial conference), the parties shall confer pursuant to Local Rule 16.5 (D) for the purpose of jointly preparing and submitting a pre-trial memorandum.

3. By _____ (5 business days before pre-trial conference), the parties shall file a joint pre-trial memorandum pursuant to Local Rule 16.5(D).

4. On _____, 2006, the parties shall attend the final pre-trial conference consistent with Local Rule 16.5(E).

5. By _____ (5 calendar days before trial), the parties shall each file a trial brief, including requests for rulings or instructions, as required by Local Rule 16.5(F).

6. By [October/November], 2006, trial will commence.

II.   SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

The parties have exchanged settlement proposals in accordance with Local Rule 16.1(c) at least 10 business days prior to the Rule 16.1 conference, and have met and conferred to discuss settlement.

The Parties will file independently their certificates of compliance in accordance with Local Rule 16.1(D)(3).

III.  TRIAL BY MAGISTRATE JUDGE

The parties do not consent, at this time, to trial by Magistrate Judge.

3982642v1

WHEREFORE, the parties respectfully request that the Court adopt the proposed plan for discovery and schedule for motions set forth above.

Respectfully submitted,

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., | THE NARRAGANSETT ELECTRIC COMPANY, |
| By its attorneys, | By its attorneys, |
| /s/ Wendy S. Plotkin<br>Daniel C. Winston (BBO #562209)<br>Wendy S. Plotkin (BBO #647716)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel.: (617) 248-5000<br>Fax: (617) 248-4000 | /s/ Vincent F. O'Rourke<br>Vincent F. O'Rourke, Jr. (BBO# 380335)<br>Michael P. Angelini (BBO#019340)<br>BOWDITCH & DEWEY LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615<br>Tel.: (508) 926-3424<br>Fax: (508) 929-3055 |

Dated: September 14, 2005