UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., <br><br> Plaintiff, <br><br> v. <br><br> NARRAGANSETT ELECTRIC COMPANY, <br><br> Defendant. | C.A. No. 05-40076FDS |

**PLAINTIFF TRANSCANDA POWER MARKETING LTD.'S MOTION TO ENJOIN DEFENDANT NARRAGANSETT ELECTRIC COMPANY FROM PROSECUTING A DUPLICATIVE SECOND-FILED ACTION IN RHODE ISLAND**

TransCanada Power Marketing Ltd. ("TransCanada") hereby moves for an order enjoining defendant Narragansett Electric Company ("Narragansett") from prosecuting the action pending in the United States District Court for the District of Rhode Island entitled Narragansett Electric Company v. TransCanada Power Marketing, Ltd., Civil Action No. 05-234 (the "Rhode Island Action").

As grounds for this motion, TransCanada states that all of the parties to the Rhode Island Action are parties in this action. Moreover, the issues raised in the Rhode Island Action are identical to the issues raised in TransCanada's Complaint filed with this Court before the Rhode Island Action. Narragansett should be enjoined from prosecuting its claims in Rhode Island, for these and the grounds more fully set forth in the Memorandum in Support of Plaintiffs' Motion to Enjoin Defendant From Prosecuting a Duplicative Second-Filed Action in the Rhode Island filed herewith.

3981785v1

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,

/s/ Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Dara Y. Zelnick (BBO #660256)
CHOATE, HALL & STEWART LLP
2 International Place
Boston, MA  02110
Telephone No.:  (617) 248-5000
Fax No.:  (617) 248-4000

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for TransCanada conferred with counsel for Narragansett on September 15, 2005 in an effort to resolve the issues presented in this motion and that the parties were unable to reach an agreement.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

3981785v1