UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076-FDS

TRANSCANADA POWER MARKETING LTD. )
)
Plaintiff, )
)
v. )
)
NARRAGANSETT ELECTRIC COMPANY )
)
Defendant. )

**DEFENDANT THE NARRAGANSETT ELECTRIC COMPANY'S
CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)**

We hereby certify that we have conferred regarding (1) a budget for the costs of defending this litigation to conclusion; (2) alternative courses of the litigation; and (3) the use of alternative dispute resolution.

THE NARRAGANSETT ELECTRIC COMPANY,

By: *Laura S. Olton*
Laura S. Olton, Assistant Secretary

By Its Attorney:

*V. F. O'Rourke*
Vincent F. O'Rourke (BBO# 380835)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel. No. (508) 791-3511

Date: September 22, 2005

{J:\CLIENTS\lit\304810\0001\pleadings\00580940.DOC;1}