UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076FDS

(BBO#019340; BBO#380335; and BBO# 630952)

---

TRANSCANADA POWER MARKETING LTD.   )
                                   )
        Plaintiff,                 )
                                   )   NOTICE OF APPEARANCE
        v.                         )
                                   )
THE NARRAGANSETT ELECTRIC COMPANY  )
                                   )
        Defendant.                 )
---

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for Defendant The Narragansett Electric Company in the above entitled case.

THE NARRAGANSETT ELECTRIC COMPANY
By Their Attorneys,

/s/ Kimberly Stone
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Kimberly A. Stone (BBO# 630952)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01608-0156
Tel: (508) 926-3435
Fax: (508) 929-3033

Dated: September 27, 2005