UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD.,<br><br>Plaintiff,<br><br>v.<br><br>NARRAGANSETT ELECTRIC COMPANY,<br><br>Defendant. | C.A. No. 05-40076FDS |

**PLAINTIFF TRANSCANADA POWER MARKETING LTD.'S
CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 16.1(D)(3), counsel and an authorized representative for plaintiff TransCanada Power Marketing Ltd., Michael Hachey, hereby affirm that they have conferred with a view to establishing a budget for the cost of conducting the full course and various alternative courses of this litigation, and to consider resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Michael Hachey,
Director, Eastern Commercial,
TransCanada Power Marketing Ltd.

_____
Daniel C. Winston (BBO #562209)
Wendy S. Plotkin (BBO #647716)
CHOATE, HALL & STEWART
Two International Place
Boston, MA 02110
(617) 248-5000

Dated: September 27, 2005

3958643v1