UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

**OPPOSITION TO "MOTION TO TRANSFER VENUE
TO DISTRICT OF RHODE ISLAND AND TO STAY THIS ACTION
PENDING RESOLUTION OF THIS MOTION"**

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") hereby opposes defendant Narragansett Electric Company's ("Narragansett's") "Motion to Transfer Venue to District of Rhode and to Stay this Action Pending Resolution of this Motion."

TransCanada opposes the request to transfer on the grounds previously set forth in (i) TransCanada's Memorandum in Support of Its Motion to Enjoin Defendant Narragansett Electric Company from Prosecuting a Duplicative Second-Filed Action in Rhode Island, and (ii) TransCanada's supporting Reply Memorandum. TransCanada also further states in opposition (and in further support of its Motion to Enjoin the Rhode Island Action) that none of the cases in "Defendant's Surreply to Plaintiff's Motion to Enjoin Rhode Island Action" even purports to support Narragansett's argument that a Rhode Island forum would actually be a more *convenient* forum.[1] Thus, even if TransCanada's

---
[1] The cases in Narragansett's Surreply address only whether a jury trial in Rhode Island would be legally *permissible*. Similarly, the Rhode Island Court stated in its Decision and Order only that it was not *disqualified*. While Narragansett attempts to make much of the Rhode Island Court's "Decision and Order",

concerns could be addressed through, as Narragansett suggests, a "carefully crafted set of voir dire questions" or a "gag order" in Rhode Island (Surreply, at 4, 7 ), the need for these types of added precautions clearly weighs firmly against the convenience of a Rhode Island forum.  There also is a serious question whether voir dire questions could ever appropriately address the potential for jury bias in this case, since TransCanada's very claim is that Narragansett wrongfully failed to obtain, directly from the Rhode Island rate payers through its retail rate tariffs, the very fuel adjustment moneys to be paid to TransCanada; Narragansett, in contrast, can contend that it saved money for Rhode Island rate payers by declining to file tariffs charging the rate payers for a fuel adjustment to be paid to TransCanada.  These contrasting arguments in front of a jury of Rhode Island rate payers lead to a potential for jury bias that would not be easily corrected.

Finally, there has already been and continues to be substantial press coverage in Rhode Island concerning the rise in Narragansett's Standard Offer Service rates resulting from suppliers' fuel adjustment provisions and the public opposition to such retail tariff rate increases.  (See, e.g., recent newspaper articles attached as Exhibit A).  The TransCanada case has only just begun and future coverage of this case in particular is likely.  The TransCanada case concerns a discrete contract issue that should be decided on its own merits, and there is a substantial risk that, if this case is tried in Rhode Island, this discrete legal issue will get lost amongst the overall political opposition to the fuel adjustment and rate increases in general.  As Narragansett has made clear, the TransCanada

---

the Rhode Island Court made clear that it had not fully considered and was not ruling on the forum question. Similarly, the Rhode Island Court fully recognized that the potential for jury bias in Rhode Island was an important factor to be considered by any Court ultimately addressing the forum issue.  (*See* Rhode Island Hearing Transcript, at 23-24 (O'Rourke Aff. Ex. I.))

portion of the fuel adjustment payments is only a small part of the overall increase, but could easily be confused with the greater issue in the midst of intense media coverage.

In any event, the question here is not whether a Rhode Island forum is *permissible*, but whether Narragansett can meet its burden to show that a Rhode Island forum would be *substantially more convenient* than a Massachusetts forum in view of all the relevant factors. Clearly it would *not* be more convenient to transfer this case into a Rhode Island jurisdiction in which: (i) the parties are likely to continue to dispute the adequacy of protections against jury bias and whether any protections would be adequate; (ii) at minimum, special voir dire questions would be necessary to try to avoid the potential for jury bias; and (iii) pre-trial publicity is likely to increase as the trial approaches, and "gag orders" may be necessary. Narragansett has cited no cases even purporting to support transferring a case *into* such an interested jurisdiction, much less based on "convenience."

Narragansett's request for a stay is similarly unfounded. This action has been proceeding since May, 2005, and the parties and Court have adopted a pretrial schedule and deadlines. All of the same discovery will need to be conducted, regardless of whether the action is to continue in Massachusetts or in Rhode Island.[2] Narragansett has provided absolutely no grounds for a stay, particularly based on the same Rhode Island action that has been pending since May, 2005 and has itself been stayed in view of this action.

---

[2] The currently outstanding discovery consists of Narragansett's responses to TransCanada's document requests, and Narragansett's answers to interrogatories, both of which were originally due on September 28, 2005. Narragansett has twice requested, and TransCanada has in both cases granted, reasonable extensions to those deadlines, through October 18, 2005. TransCanada is nevertheless still attempting to obtain from Narragansett an anticipated date by which Narragansett will actually begin producing the requested documents themselves. Narragansett's responses should not be further delayed, nor should any other discovery in this matter.

3994539v1

WHEREFORE, TransCanada respectfully requests that Narragansett's request for a transfer, and its request for a stay, be denied.

TRANSCANADA POWER MARKETING

By its attorneys,

/s/ Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA  02110
Telephone No. (617) 248-5000
Fax No. (617) 248-4000

Dated: October 14, 2005

4

3994539v1

# Exhibit A

FOCUS - 21 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

July 30, 2005 Saturday
All Editions

**SECTION:** BUSINESS; Pg. B-01

**LENGTH:** 801 words

**HEADLINE:** POWER SURGE - Up 12.4%

**BYLINE:** TIMOTHY C. BARMANN, Journal Staff Writer

**BODY:**

Rising fuel costs prompt Narragansett Electric to request its largest power-rate hike in 7 years

Narragansett Electric yesterday filed a request to raise rates in Rhode Island by 12.4 percent, the highest single rate increase that the utility company has sought in at least 7 years.

In a filing with state regulators, the company said it needs the increase because of a projected rise in fuel costs through the end of 2006.

The company requested the hike go into effect as of Sept. 1.

If approved by the Public Utilities Commission, the rate hike would bring electricity rates to their highest level in Rhode Island since the industry was restructured by a 1998 state law, according to the company.

A typical customer who uses 500 kilowatts of electricity would pay $70.58 a month, or $7.81 a month more, compared with current rates, the company said in its filing.

Without the increase, Narragansett Electric estimated the money it collects from customers will fall short of what it pays for electricity by $28.7 million as of Dec. 31, and by $153.4 million by the end of next year.

Narragansett Electric is the dominant power provider in the state, serving 465,000 customers in 38 of Rhode Island's 39 communities. It is owned by National Grid Transco PLC of Great Britain.

Besides delivering electricity, Narragansett acts as a buying agent for most of its customers, purchasing the electricity from suppliers through long-term contracts.

Most of those contracts contain clauses that automatically increase Narragansett's cost of purchasing electricity if the market price of natural gas and fuel oil rise beyond a certain trigger point.

These additional charges, known as "fuel index payments," will total $164 million next year, the company estimated in its filing.

Narragansett Electric is allowed to recoup from customers the amount it has to pay for electricity, as long as it makes prudent buying decisions, in the opinion of the Public Utilities Commission.

The company makes no profit from buying electricity on behalf of its customers. Its profits come from distributing the electricity.

The specific rate at issue is known as the "standard offer" rate, which represents the cost of the electricity itself.

Narragansett Electric proposed raising the standard offer rate to 8.2 cents per kilowatt-hour, up from the current rate of 6.7 cents.

The Providence Journal (Rhode Island) July 30, 2005 Saturday

The rate applies to about 86 percent of the electricity delivered by Narragansett Electric. The remaining 14 percent goes to customers who who have contracts with their own suppliers.

The increase would make it even harder for many customers to pay their electric bills and is likely to increase shut-offs due to nonpayment, according to Henry Shelton, coordinator of the George Wiley Center in Pawtucket.

Any rate increase is going to affect shutoffs, Shelton said. "It's just going to make it worse."

He said many people simply can't afford to pay their utility bills, and his agency and others have been trying to design an assistance plan that would help low-income customers.

"We've tried four years in a row, to get a plan to help people cope with rising prices, which would mean paying a percent of their income, and have some kind of forgiveness element" of past due balances, Shelton said.

Legislation that would have created such a plan never made it out of committee in the General Assembly this session. Many expressed concerns about the cost, which would be passed on to other customers.

The proposed increase would also hurt manufacturers, said John Farley, executive director of the Energy Council of Rhode Island, which represents about 50 of the largest users of electricity in the state.

"What it says is that we have to get more serious about a comprehensive energy plan," Farley said.

"We've got to get serious about energy efficiency, and also about diversity of our electricity generation. We're very dependent on natural gas in New England."

What's needed, he said, is for New England states to meet and agree on how to decrease reliance on natural gas, perhaps by looking at coal, nuclear power and renewable energy sources.

Farley said he doesn't fault Narragansett Electric for the increase.

"It's easy to want to paint Narragansett in a corner as a bad guy," he said. "But they are just the bearer of bad news coming from the energy markets."

Timothy C. Barmann covers utilities, energy issues and technology. He can be reached at tbarmann@projo.com

A TYPICAL CUSTOMER

A residential customer using 500 kilowatts per month will see an increase of $7.81 from $62.77 to $70.58

* Two Narragansett Electric workers repair electrical lines from cherry pickers in Johnston in this photo from July 1999. The company is the dominant power provider in the state, serving 465,000 customers in 38 of Rhode Island's 39 communities.

JOURNAL FILE PHOTO / BRIAN MOCKENHAUPT

**LOAD-DATE:** August 2, 2005

FOCUS - 18 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

August 19, 2005 Friday
All Editions

**SECTION:** NEWS; Pg. B-01

**LENGTH:** 482 words

**HEADLINE:** Rate hike request spurs complaints

**BYLINE:** RICHARD SALIT, Journal Staff Writer

**BODY:**

At a public hearing, a lawyer for Narragansett Electric cites rising fuel prices as the primary reason for the proposed increase.

NEWPORT -- Narragansett Electric's plans to raise rates 12.4 percent may be unstoppable, but that doesn't mean the utility can't do more to help those who will be hit the hardest by the biggest rate hike in seven years, a social activist testified last night.

William F. Flynn Jr., representing the antipoverty George Wiley Center, sat at a Public Utilities Commission hearing and listened to a variety of officials describe the proposed rate increase as all but certain. The law, they said, essentially permits the utility to pass on to its customers the higher prices it pays to buy energy.

"We understand the law," said Flynn, when he stepped up to address commission members. But, he said, "We reject the notion there's not a single thing you can do to protect the low-income customers."

Flynn urged the commission to require that the utility adopt the same program of its sister company in New Hampshire, another utility owned by National Grid. There, poor people in arrears on their electricity bills are forgiven their debts one time.

Also, he said, the commission can strive to ensure that the utility does not employ overly aggressive tactics in going after customers who are late making payments, typically people on fixed incomes, including the elderly.

Under the proposed rate hike, the typical customer -- one who uses 500 kilowatts of electricity -- would pay $70.58 a month, or $7.81 more than they do now, according to documents the company filed with the commission last month. The rates could have gone up Sept. 1, but that date has been indefinitely postponed to allow the commission to continue holding public hearings around the state.

Laura S. Otton, a lawyer for the utility, echoed the reasons cited in the filing for the increase.

"As you know, we have been experiencing rapidly increasing fuel prices. We have all seen this at the pump," she said. Under the law, she said, "You cannot force Narragansett to lose money on a product it is simply delivering."

The company makes no profit from buying electricity on behalf of its customers. Its profits come from distributing the electricity.

Kathleen O'Connell said that customers like herself, who elect to pay 12 percent more in their bills to support alternative energy sources, shouldn't be hit with the same price hike.

David Brown, another Newport customer, urged the commission "to give some consideration to the little people . . . the people who get behind in their bills . . . Not all of us are rich. We don't all live in mansions."

The Providence Journal (Rhode Island) August 19, 2005 Friday

Flynn noted that in Newport, the ongoing redevelopment of public housing at Tonomy Hill into a mixed-income development called Newport Heights is requiring tenants to accept responsibility for utility bills. Before, their subsidized rent covered these costs.

**LOAD-DATE:** August 23, 2005

FOCUS - 10 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

September 17, 2005 Saturday
All Editions

**SECTION:** NEWS; Pg. A-01

**LENGTH:** 894 words

**HEADLINE:** Narragansett Electric seeks to boost rates 24 percent

**BYLINE:** TIMOTHY C. BARMANN, Journal Staff Writer

**BODY:**

The typical electric customer would pay $184 more a year; the company says it needs the increase to cover the rapidly rising cost of fuel.

Narragansett Electric has made an extraordinary request to raise electricity rates by 24 percent, the largest single increase the company has proposed in at least 25 years.

If approved by state regulators, electricity rates in Rhode Island would rise on Oct. 1 to their highest level ever.

The company yesterday submitted a filing to the Public Utilities Commission, updating an earlier rate request submitted on Aug. 1. In that filing, the company proposed a 12.4-percent increase, citing the rising cost of buying electricity for its customers.

After the August filing, energy costs spiked even higher, partly because of Hurricane Katrina. Narragansett Electric said its latest projections show it will need to collect substantially more money from customers.

Under the new proposal, a typical customer using 500 kilowatts of electricity a month would pay about $78.08, an increase of $15.31 a month over the current monthly bill of $62.77. That increase would amount to about $184 a year.

On top of higher electric bills, Rhode Islanders also face record-high gasoline and heating oil prices this winter. And they could soon be paying 13 percent more for natural gas if another proposed rate increase, this one from New England Gas, is approved by the PUC.

The electricity and gas-rate increases combined would cost a typical family an extra $370 a year.

Energy prices have been soaring. Crude-oil futures remain at more than $60 a barrel, about 50 percent higher than a year ago. Natural-gas futures for next-month delivery have jumped more than 120 percent in the last year. Analysts blame growing demand for energy in North America and in developing countries such as China and India. Part of the recent spike is attributed to Hurricane Katrina's damage to oil and gas supply infrastructure in the Gulf of Mexico.

Narragansett Electric is the dominant power provider in the state, serving 465,000 customers in 38 of Rhode Island's 39 communities. It is owned by National Grid Transco PLC of Great Britain.

In addition to delivering electricity, Narragansett Electric acts as a buying agent for most of its customers, purchasing the electricity from suppliers through long-term contracts.

Most of those contracts contain clauses that automatically increase the company's cost of purchasing electricity if the market prices of natural gas and fuel oil rise beyond a certain trigger point.

IN YESTERDAY'S FILING, the company projected that without a rate increase, payments from customers would fall short of the cost of electricity by $215 million by the end of September 2006.

The Providence Journal (Rhode Island) September 17, 2005 Saturday

The company's projections were based on natural-gas and crude-oil futures prices on Sept. 9, 12 and 13.

The proposal would increase the "standard offer" rate - which 86 percent of customers pay -- to 9.7 cents per kilowatt-hour, up from 6.7 cents per kilowatt hour.

The company said it would have needed to ask for a bigger increase even without Hurricane Katrina's impact on the energy markets. Futures prices the week before the hurricane indicated that the company needed to raise its rate to 9.3 cents per kilowatt-hour.

Rate-increase requests that are based on rising fuel prices, such as yesterday's proposal, are usually approved by the PUC. That's because state and federal laws allow utility companies to recover from customers what it pays for electricity or natural gas, as long as the company makes "prudent" buying decisions.

The PUC does not have the authority to reject hefty rate increases, as some public officials have urged, said Ron Gerwatowski, vice president of distribution regulatory services for the electric company.

"We're incurring costs on behalf of our customers," he said. "We're entitled to recover those costs in our rates."

The company makes no profit from buying electricity on behalf of its customers.

The PUC can delay the increase, but that would mean an even higher increase later if energy prices don't decline.

"If you put it off, you make it worse," Gerwatowski said.

The PUC does have discretion over distribution rates, which is where Narragansett Electric makes its profit. Distribution charges on monthly bills pay Narragansett Electric's cost of doing business -- buying repair trucks, paying salaries and maintaining the company's distribution network.

The company's distribution rates have held steady or have gone down over the past several years.

THE 24-PERCENT increase request is likely to garner criticism from customers and public officials.

Henry Shelton, an advocate for low-income families, described the increase as "unbelievable."

He said that the PUC and the General Assembly should not approve the pending rate increases without instituting a heating-assistance plan, based on a percentage of a customer's income. Shelton, coordinator of the George Wiley Center in Pawtucket, and other community groups have been advocating for such a plan for the past four years.

Shelton also suggested that the PUC lower the amount of profit it allows Narragansett Electric to keep.

"Cut 3 or 4 percent," he said, "and give the stockholders less money."

Timothy C. Barmann covers energy issues, utilities and technology. He can be reached at tbarmann@projo.com

* LNSIDE

LNG relief?

A terminal

is proposed in Boston's outer harbor. A4

**LOAD-DATE:** September 20, 2005

FOCUS - 8 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

September 22, 2005 Thursday
Northwest

**SECTION:** NEWS; Pg. D-01

**LENGTH:** 505 words

**HEADLINE:** On rate hikes, PUC told: 'Listen to cry of the poor'

**BYLINE:** MARK REYNOLDS, Journal Staff Writer

**BODY:**

NORTH PROVIDENCE - One by one, those who oppose the hefty rate hikes requested by New England Gas and Narragansett Electric stepped to a microphone last night to vent anger, fear and frustration within earshot of the state Public Utility Commission.

Norma Santanielio tried to persuade the commissioners that the increases -- 24 percent for electricity and 13 percent for gas -- are simply too much.

"We'd like you to listen to the cry of the poor," she said. "I'm going to be one of them soon."

State Sen. John J. Tassoni Jr., a Smithfield Democrat, took it a step further.

"We're going to see more house fires this year," he said. "More carbon monoxide poisonings. We're going to see more elderly freezing in their homes."

Those were some of the most ominous statements made during an evening-long hearing in the chambers of the North Providence Town Council.

Since Aug. 18, the Public Utilities Commission has held hearings throughout the state.

After visiting Newport, Warwick, Woonsocket and Providence, the three commissioners encountered a crowd of 40 in North Providence.

They faced a gallery of lawmakers as well as familiar activists who sense a pivotal moment in their struggle for less expensive electricity, gas and oil.

Altogether, the proposed rate increases are expected to cost the typical family $370 a year.

More than a few of the critics last night were hoping that the three people on the utility commission could serve as a shield against the increases.

For example, the commission logged testimony from a handful of people in the social-service field who say the poorest families cannot handle a rate increase.

The commission's chairman, Elia Germani, had a blunt message: that his decisions on rates will be governed by law and evidence, not economic concerns.

"You may not like the results," Germani told one woman, "but we're bound by law and the evidence that's presented."

"We're not a social-service agency," he said at one point. "We're a regulator."

Still, Maggi Rogers, of Pawtucket, argued that the commission has the ability to make compassionate decisions.

The Providence Journal (Rhode Island) September 22, 2005 Thursday

She asserted that people who are too poor to pay their bills should still receive utility services if they pony up a small portion of what they owe each month.

"I don't believe the commission's hands are tied," she said.

Tassoni argued that the commission can at least delay any decision on rate hikes until markets stabilize after the hurricane season.

Meanwhile, Senate President Joseph A. Montalbano promised that lawmakers will finally take decisive action to change some of the rules that govern utility prices in Rhode Island.

One idea calls for a rating system that offers incentives to customers who use less energy and metes out penalties to people who fail to conserve.

Under one proposal, customers' incomes would have some bearing on their utility bills, Montalbano said.

He acknowledged lawmakers haven't made much progress on energy issues over the years.

"I am determined that this dancing in place will stop," he said, "and progress will be made."

**LOAD-DATE:** September 23, 2005

FOCUS - 7 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

September 24, 2005 Saturday
All Editions

**SECTION:** BUSINESS; Pg. B-01

**LENGTH:** 869 words

**HEADLINE:** NARRAGANSETT ELECTRIC SEEKS 24-PERCENT INCREASE - State fights rate hike

**BYLINE:** TIMOTHY C. BARMANN, Journal Staff Writer

**BODY:**

The company cautions against simply denying the proposal, saying it may end up costing consumers more later.

WARWICK - The state's top elected officials yesterday called on state regulators to reject, or at least delay, a 24-percent rate increase requested by Narragansett Electric, citing the economic hardships it would place on many Rhode Island households.

But the officials did not address the consequences of rejecting or delaying the rate increase, which could include a higher rate increase later, plus interest costs, that would be passed on to ratepayers.

The Public Utilities Commission, which held an open hearing yesterday, said it wouldn't make a decision until next week.

Governor Carcieri made an unusual appearance at the hearing yesterday, urging the commissioners not to grant the full increase.

"A decision today to increase by the full amount requested will only add to the already heavy burdens of ratepayers, especially those that already face hard times in making ends meet," Carcieri testified.

The governor said he was concerned that the rate increase proposal is "unduly affected" by uncertainty in the Gulf of Mexico region. "With another hurricane bearing down on the Gulf, now is not the time to be reviewing this increase," he said.

Earlier this week, Lt. Gov. Charles Fogarty called for the PUC to reject the electricity rate increase because energy markets "remain too volatile" and because many Rhode Islanders already struggle to pay costs of heating their homes.

Attorney General Patrick C. Lynch called Narragansett's recent 24-percent proposal "unnecessarily excessive and bordering on irresponsible."

"I simply don't know how Narragansett Electric can justify hitting Rhode Island consumers when they're already down," Lynch said in a news release issued yesterday.

However, those public officials opposing the rate increase have not addressed the consequences of such actions.

Narragansett Electric purchases electricity on behalf of its customers. The company has contracts with its suppliers that call for Narragansett to pay more for electricity if the price of the oil and natural gas used to power the electricity generators rises above a certain trigger point.

The company makes no profit from the rate increases, and is entitled to recoup the added expense by passing on the costs to ratepayers, according to state rules.

The Providence Journal (Rhode Island) September 24, 2005 Saturday

Narragansett is required by the PUC to file for a rate increase any time the company projects that existing rates will fall short of anticipated electricity costs by $16 million or more.

Without any change in rates, Narragansett Electric projects that by the end of September 2006, customer revenue will fall short of the actual cost of electricity by $200 million.

"This is scary stuff from our perspective, and I know it's scary to our customers who have to pay the bills," said Ron Gerwatowski, vice president of distribution regulatory services for Narragansett Electric.

Gerwatowski told the PUC that there may be some relief in energy prices after the effects of the recent hurricanes subside. However, he said that energy costs had increased dramatically, well before the hurricanes.

He cautioned against simply delaying or rejecting an increase, because it could be more painful to customers later, if energy costs don't decline.

"It's a careful balance," he said. "We think we want to be very careful about throwing the credit card on the table."

When a utility company undercollects to cover expenses, it must borrow money to make up the difference. The company is generally allowed to pass on to customers the interest charges on that borrowing.

PUC attorney Cynthia Wilson Frias suggested to the commissioners that they only consider -- for now -- a 12.4-percent increase, the amount initially proposed by Narragansett Electric on Aug. 1. She said that the updated filing made by the electric company last week, which projected the need for a 24-percent increase, would require 30 days' notice before the PUC could approve it.

Lynch raised the 30-day issue in a filing to the PUC this week.

Gerwatowski also told the PUC that the company had come to an agreement on a long-standing dispute with the Division of Public Utilities and Carriers, the agency that represents ratepayers. The dispute related to certain accounting practices associated with Narragansett Electric's sale of its interest in the Millstone nuclear power plant in 2001. The company agreed to turn over $16.5 million to Rhode Island ratepayers to resolve the dispute, Gerwatowski said.

He said the division and the company will propose using at least half of that money to lessen the impact of the rate increases on customers who receive a special low-income rate.

The PUC said the company would have to submit a request separate from its rate increase proposal, before the panel would consider that plan.

Timothy C. Barmann covers energy issues, utilities and technology. He can be reached at tbarmann@projo.com

* Governor Carcieri, center, sits next to Michael F. Ryan, executive vice president of Narragansett Electric, before his testimony yesterday to the Public Utilities Commission in Warwick. Carcieri urged the commissioners not to grant the full increase.

JOURNAL PHOTO / JOHN FREIDAH

**LOAD-DATE:** September 27, 2005

FOCUS - 5 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

September 30, 2005 Friday
All Editions

**SECTION:** NEWS; Pg. A-01

**LENGTH:** 983 words

**HEADLINE:** Narragansett Electric granted 12.4% hike

**BYLINE:** TIMOTHY C. BARMANN, Journal Staff Writer

**BODY:**

A typical customer would pay $7.81 more per month -- but that amount may double if the utility asks for another rate hike as planned.

WARWICK - The Public Utilities Commission voted unanimously yesterday to approve a 12.4-percent electric rate increase for customers of Narragansett Electric, bringing rates to their highest level in Rhode Island in at least seven years.

The PUC didn't consider -- for now -- an even bigger increase -- 24 percent -- that was requested in an updated filing two weeks ago by Narragansett Electric. The commissioners said that the public did not have adequate notice of the higher increase.

But ratepayers are not off the hook. Narragansett Electric said it plans to file for another rate increase to go into effect in December or January.

Yesterday's decision means that rates will increase tomorrow by $7.81 a month to $70.58 for a typical customer using 500 kilowatts of electricity each month.

The commissioners voted to allow an increase in the part of the electric bill called the "standard offer," which nearly all residential customers pay. The rate will rise to 8.2 cents per kilowatt hour, from 6.7 cents.

Rhode Islanders are also facing a potential increase in their monthly natural gas bills by 13 percent, or about $188 a year. New England Gas has proposed that the increase go into effect Nov. 1. The PUC is scheduled to take up that request at a hearing on Oct. 21.

The decision to raise electric rates came after an unusual plea last week from Governor Carcieri, who urged the three commissioners to reject the higher 24-percent increase. All three commissioners were appointed by Carcieri.

The governor testified at a PUC hearing, suggesting that energy prices may fall after the effects of the recent hurricanes subside.

The PUC also rejected a proposal by the George Wiley Center of Pawtucket that would have put off any increase for low-income customers who receive a discounted rate. The proposal was made in anticipation of a planned filing by Narragansett Electric that, if approved, would lessen the impact of the rate increase on the 34,571 customers who receive that special rate.

"My concern is that going forward, those folks would end up having a much higher rate, and that doesn't serve anybody," said commissioner Mary Bray.

THE COMMISSIONERS said that skyrocketing energy prices are responsible for the rate increase, and they had little power to address a national energy problem caused by global forces beyond their control.

The Providence Journal (Rhode Island) September 30, 2005 Friday

"This is a long-term problem, it's a long-term energy crisis, which has not been addressed by either political party," said Elia Germani, the PUC chairman.

Energy prices, soaring most of this year, were pushed even higher by Hurricanes Katrina and Rita, which disrupted oil and natural-gas production in the Gulf of Mexico. Crude-oil futures remain at more than $60 a barrel, about 50 percent higher than a year ago, and natural-gas futures for next-month delivery hit $14 per million BTUs, a new record this week.

Those fuel costs have a direct impact on electricity rates in Rhode Island.

Narragansett Electric acts as a buying agent for most of its customers, purchasing the electricity from suppliers through long-term contracts. Most of those contracts contain clauses that automatically increase the company's cost of purchasing electricity if the market prices of natural gas and fuel oil rise beyond a certain trigger point.

The company projected last week that without any rate increase, payments from customers would fall short of the cost of electricity by $247 million by the end of September 2006.

With the 12.4-percent increase approved yesterday, the company estimated it will still fall short of expenses by $140 million at the end of next September.

"WHAT WE'RE DEALING with here is a request by the electric company to pass on to its customers costs they have incurred in purchasing power," Germani said, as the commissioners deliberated the rate increase at an open commission meeting.

"We're required by law to permit a utility to recover prudently incurred costs from its customers," he said. "The only question is when we permit them to recover that increase."

Commissioner Robert Holbrook concurred, and said that by putting off a rate increase, "nobody benefits."

Customers will only face a higher increase later, he said.

"It's a false message we're sending to ratepayers if we don't address recovery of that cost," he said.

Without a rate increase now, Holbrook said, people "won't know what they should know" so they can have the opportunity to cut back on usage now.

Holbrook suggested the rate increase should actually be higher -- somewhere between 12.4 percent and 24 percent, he said.

"I think the time to bite the bullet is now."

Bray, who joined the commission this summer, also voted for the increase.

At the same time, she suggested the PUC work with the General Assembly, state agencies, the utility companies and other interested parties to develop in the next 60 days a "workable solution" to the energy-cost problem faced by the poor.

The two other commissioners didn't take up Bray's suggestion.

"I don't think it's our role to sit down with various parties, and come to an agreement, a consensus," said Germani. "We're a regulatory agency, deciding on matters which are brought before us."

After the hearing, a handful of observers protested the PUC's actions, chanting "rubber stamp" -- alluding to contentions by some community activists that the PUC simply approves whatever is proposed by the utility companies.

"You don't care if people freeze," one woman shouted.

"These three folks have no awareness of the poor," said Henry Shelton, coordinator of the George Wiley Center.

Timothy C. Barmann covers energy issues, utilities and technology. He can be reached at tbarmann@projo.com

* PROJO.COM:

Listen to the commission's discussion of yesterday's electricity rate decision.

http://projo.com/pucmp3

The Providence Journal (Rhode Island) September 30, 2005 Friday

**LOAD-DATE:** October 4, 2005

FOCUS - 3 of 24 DOCUMENTS

Copyright 2005 Providence Publications, LLC
The Providence Journal (Rhode Island)

October 5, 2005 Wednesday
West Bay

**SECTION:** NEWS; Pg. C-01

**LENGTH:** 73 words

**HEADLINE:** Protesters want plug pulled on rate hike

**BODY:**

A group opposing the recent increase in Narragansett Electric's rates rallies outside the Public Utilities Commission on Jefferson Boulevard in Warwick yesterday.

At left, Patty Ault, of Warwick, and her son, Joe Santos, 5, signal motorists during a lunch-hour protest. Holding signs, from left, are Sandy Kelly, of Scituate, Nondas Hurst Voll and Katy Moore, both of Providence, and Daniel Ault, 17, of Warwick.

JOURNAL PHOTO / KATHY BORCHERS

**LOAD-DATE:** October 6, 2005