UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NARRAGANSETT ELECTRIC COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-40076FDS |

**PLAINTIFF TRANSCANDA POWER MARKETING LTD.'S
<u>MOTION TO COMPEL PRODUCTION OF DOCUMENTS</u>**

Plaintiff TransCanada Power Marketing, Ltd. ("TransCanada") hereby moves pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 to compel Defendant Narragansett Electric Company ("Narragansett") to produce the following documents within fourteen (14) days of the Court's Order:

(1) documents concerning Narragansett's Standard Offer Service ("SOS") tariffs and fuel adjustment pricing in the EUA Zone, including concerning other EUA Zone suppliers, such as those responsive to Requests 4, 5-7, 12-13, 15-22, 27, and 32-34 of TransCanada's First Set of Document Requests;

(2) documents concerning the pricing and fuel adjustments applicable to EUA's "backstop" SOS obligation, including those responsive to Requests 4, 6-7, 12, 16, 20, 28 and 32;

(3) documents concerning Narragansett's general use of fuel adjustment provisions in energy supply contracts and retail tariffs, including those responsive to Requests 22 and 36;

4032164v1

(4) other documents that Narragansett is obligated and has agreed to produce, but has simply not produced, including those responsive to Requests 3-11, 13-22, 24, 26-30, 32-33, 35 and 37-40; and

(5) its privilege log for the documents it has withheld.

The grounds for this motion are further set forth in the accompanying Memorandum of Law and the Declaration of Wendy S. Plotkin.

> Respectfully submitted,
>
> TRANSCANADA POWER MARKETING LTD.,
>
> By its attorneys,
>
> /s/ Wendy S. Plotkin
> Daniel C. Winston (BBO#562209)
> Wendy S. Plotkin (BBO#647716)
> Dara Y. Zelnick (BBO #660256)
> CHOATE, HALL & STEWART LLP
> 2 International Place
> Boston, MA  02110
> Telephone No.:  (617) 248-5000
> Fax No.:  (617) 248-4000

Dated: February 1, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 37.1 and 7.1

I certify that counsel for TransCanada conferred with counsel for Narragansett on November 29 and November 30 in an effort to resolve the issues presented in this motion and that the parties were unable to reach an agreement on the issues presented in this Motion.

> /s/ Wendy S. Plotkin
> Wendy S. Plotkin

4032164v1