UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076-FDS

(BBO#019340; BBO#380335; and BBO# 630952)

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| THE NARRAGANSETT ELECTRIC COMPANY ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for Defendant The Narragansett Electric Company in the above entitled case.

THE NARRAGANSETT ELECTRIC COMPANY
By Their Attorneys,

/s/ Michael P. Angelini
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Kimberly A. Stone (BBO# 630952)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01608-0156
Tel: (508) 926-3435
Fax: (508) 929-3033

Dated: February 15, 2006