# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING, LTD., ) ) ) ) Plaintiff, ) ) v. ) ) THE NARRAGANSETT ELECTRIC COMPANY, ) ) ) ) Defendant. ) ) | Civil Action No. 05-40076-FDS |

### ORDER ON PLAINTIFF'S EMERGENCY MOTION TO RESCHEDULE EXPERT REPORT AND MODIFY SCHEDULING ORDER

**SAYLOR, J.**

Plaintiff's Emergency Motion to Reschedule Expert Report and Modify Scheduling Order, filed March 9, 2006, is granted in part and denied in part. The scheduling order shall be modified as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Exchange of Expert Disclosures and Reports | March 31, 2006 | July 15, 2006 |
| Exchange of Rebuttal Expert Reports | None | August 1, 2006 |
| Close of Fact Discovery | June 30, 2006 | August 31, 2006 |
| Status Conference | None | September 8, 2006 at 2:30 p.m. |
| Completion of Expert Depositions | June 30, 2006 | September 15, 2006 |
| Filing of Dispositive Motions | July 15, 2006 | September 30, 2006 |
| Final Pre-Trial Conference | September 27, 2006 | December 4, 2006 at 3:00 p.m. |

**So Ordered.**

                                                        /s/ F. Dennis Saylor_____
                                                        F. Dennis Saylor IV
                                                        United States District Judge

Dated:  March 14, 2006