UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____

TRANSCANADA POWER  MARKETING LTD.,

Plaintiff,

v.                                              C.A. No. 05-40076FDS

NARRAGANSETT ELECTRIC COMPANY,

Defendant.
_____

## JOINT EMERGENCY MOTION TO MODIFY SCHEDULING ORDER

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") and Defendant

Narragansett Electric Company ("Narragansett") hereby jointly move, pursuant to L.R. 16.1(G),

to modify the Scheduling Order currently in place, as set forth by the Court in its March 14, 2006

Order, by extending the schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date for Close of Fact Discovery | August 31, 2006 | October 31, 2006 |
| Date for Exchange of Expert Disclosures and Reports | July 15, 2006 | November 15, 2006 |
| Status Conference | September 8, 2006 | September 8, 2006 |
| Date for Exchange of Rebuttal Expert Reports | Aug. 1, 2006 | December 15, 2006 |
| Date for the Completion of Expert Depositions | September 15, 2006 | January 30, 2006 |
| Date for Filing of Dispositive Motions | September 30, 2006 | February 28, 2006 |
| Date for Final Pre-Trial Conference | December 4, 2006 | TBD |

This Motion is filed on an emergency basis because the current expert disclosure deadline

is set for July 15, 2006 and the close of fact discovery is set for August 31, 2006.  TransCanada

filed a significant Motion to Compel on February 1, 2006, concerning Narragansett Electric

Company's document production that is currently pending before Magistrate Judge Hillman.

The Motion to Compel seeks documents which TransCanada contends may be relevant to depositions and expert testimony, and if decided in TransCanada's favor may require significant additional document production by Narragansett.  As that Motion has not been ruled upon, the parties have not yet been able to schedule or conduct depositions, many of which involve former employees for which multiple depositions would be an imposition.   It would also be extremely difficult at this point, even if a ruling on the Motion to Compel was issued immediately, for the parties to complete the necessary depositions and particularly any document production prior to August 31, 2006, in light of the difficulty in scheduling depositions during summer vacation months.

The current date for expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) is July 15, 2006 and the fact discovery deadline is August 31, 2006.  The parties propose a two month extension of the fact discovery deadline until October 31, 2006.  The parties further propose that expert discovery and disclosures, which are currently scheduled to occur *before* the close of fact discovery, be moved until after the close of fact discovery.

The parties believe these extensions are necessary in light of the status of the Motion to Compel and as a result of the difficulty in scheduling depositions in the summer months.  Since the parties do not know when a decision on the Motion to Compel will issue and what the effect of that decision will have on the parties discovery obligations, the parties reserve their individual rights to seek a further extension of the discovery deadlines in this case.

**WHEREFORE**, the parties respectfully requests that this Court amend its Scheduling Order as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date for Close of Fact Discovery | August 31, 2006 | October 31, 2006 |
| Date for Exchange of Expert Disclosures and Reports | July 15, 2006 | November 15, 2006 |
| Status Conference | September 8, 2006 | September 8, 2006 |
| Date for Exchange of Rebuttal Expert Reports | Aug. 1, 2006 | December 15, 2006 |
| Date for the Completion of Expert Depositions | September 15, 2006 | January 30, 2006 |
| Date for Filing of Dispositive Motions | September 30, 2006 | February 28, 2006 |
| Date for Final Pre-Trial Conference | December 4, 2006 | at the Court's convenience |

THE NARRAGANSETT ELECTRIC COMPANY,

By its attorneys,


/s/ Kimberly A. Stone
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Kimberly A. Stone (BBO #630952)
BOWDITCH & DEWEY LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615
Tel.: (508) 926-3424
Fax: (508) 929-3055


Dated: June 29, 2006

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,


/s/ Wendy S. Plotkin
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Dara Y. Zelnick (BBO #660256)
CHOATE, HALL & STEWART LLP
2 International Place
Boston, MA 02110
Telephone No.: (617) 248-5000
Fax No.: (617) 248-4000


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 29, 2006.

/s/ Wendy S. Plotkin
Wendy S. Plotkin