UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____
                                       )
TRANSCANADA POWER MARKETING LTD.,      )
                                       )
                  Plaintiff,           )
                                       )
       v.                              )    C.A. No. 05-40076FDS
                                       )
                                       )
NARRAGANSETT ELECTRIC COMPANY,         )
                                       )
                  Defendant.           )
_____)

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") and Defendant Narragansett Electric Company ("Narragansett") hereby jointly move, pursuant to L.R. 16.1(G), to modify the Scheduling Order currently in place, as set forth by the Court in its July 6, 2006 Order, by extending the schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date for Close of Fact Discovery | October 31, 2006 | January 31, 2007 |
| Date for Exchange of Expert Disclosures and Reports | November 15, 2006 | February 28, 2007 |
| Status Conference | September 8, 2006 | TBD |
| Date for Exchange of Rebuttal Expert Reports | December 15, 2006 | March 30, 2007 |
| Date for the Completion of Expert Depositions | January 30, 2007 | April 30, 2007 |
| Date for Filing of Dispositive Motions | February 28, 2007 | May 30, 2007 |
| Date for Final Pre-Trial Conference | April 25, 2007 | TBD |

The parties agree that the proposed modification to the scheduling order is necessary because of the addition document production resulting from the recent ruling of Magistrate Judge Hillman on TransCanada's Motion to Compel. As a result of Magistrate Judge Hillman's Order, which was issued on August 17, 2006, Narragansett is required to make a supplemental

1

4120154v1

document production that could be of significant volume.  The parties have agreed that Narragansett's supplemental production will be complete by October 18, 2006.  The parties will then require additional time to review the supplemental production and prepare for and take depositions, many of which must be scheduled with nonparties.  The parties have proposed a roughly three month extension of the discovery deadline and all deadlines thereafter.  Further, the parties propose that the Status Conference be rescheduled to a date of the Court's convenience after the close of fact discovery.

  The parties believe these extensions are necessary for the reasons set forth above.

  **WHEREFORE**, the parties respectfully requests that this Court amend its Scheduling Order as follows:

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Date for Close of Fact Discovery | October 31, 2006 | January 31, 2007 |
| Date for Exchange of Expert Disclosures and Reports | November 15, 2006 | February 28, 2007 |
| Status Conference | September 8, 2006 | TBD |
| Date for Exchange of Rebuttal Expert Reports | December 15, 2006 | March 30, 2007 |
| Date for the Completion of Expert Depositions | January 30, 2007 | April 30, 2007 |
| Date for Filing of Dispositive Motions | February 28, 2007 | May 30, 2007 |
| Date for Final Pre-Trial Conference | April 25, 2007 | At the Court's convenience |

4120154v1

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, | TRANSCANADA POWER MARKETING LTD., |
| By its attorneys, | By its attorneys, |
| /s/ Kimberly A. Stone<br>Michael P. Angelini (BBO#019340)<br>Vincent F. O'Rourke, Jr. (BBO# 380335)<br>Kimberly A. Stone (BBO #630952)<br>BOWDITCH & DEWEY LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615<br>Tel.: (508) 926-3424<br>Fax: (508) 929-3055 | /s/ Wendy S. Plotkin<br>Daniel C. Winston (BBO#562209)<br>Wendy S. Plotkin (BBO#647716)<br>Dara Y. Zelnick (BBO #660256)<br>CHOATE, HALL & STEWART LLP<br>2 International Place<br>Boston, MA  02110<br>Telephone No.:  (617) 248-5000<br>Fax No.:  (617) 248-4000 |

Dated: September 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 7, 2006.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

4120154v1