UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED TO MOTION TO INCREASE NUMBER OF DEPOSITIONS

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada"), with assent from Defendant Narragansett Electric Company ("Narragansett"), hereby moves pursuant to Local Rule 26.1(C), to increase the number of depositions permitted per side from twelve (12) to fifteen (15) in the above-captioned matter. As grounds in support of this motion, TransCanada states:

1. This is a contract action. The dispute between the parties centers on the Wholesale Standard Offer Service Agreement (the "WSOSA"), executed in April 1998. The original parties to the WSOSA were TransCanada, on the one hand, and Blackstone Valley Electric Company, Newport Electric Company, and Eastern Edison Company (the predecessors of Narragansett) on the other hand. The issues in dispute concerning the WSOSA span approximately ten years, including the period during which the electric utility industry in Rhode Island went through restructuring, and involves witnesses from several different companies.

2. On October 4, 2005, the Court held a Scheduling Conference in this matter. At the Scheduling Conference, the Court stated that each side would be permitted to take twelve (12) depositions.

3. Based on the number of witnesses included in the parties' Initial Disclosures and additional information gathered during discovery, the parties have agreed that it is necessary that the number of depositions permitted per side to be increased from twelve (12) to fifteen (15).

**WHEREFORE**, TransCanada respectfully requests that this Court grant this Motion to Increase the Number of Depositions permitted per side from twelve (12) to fifteen (15).

TRANSCANADA POWER MARKETING LTD.,

By its attorneys,

/s/ Dara Z. Kesselheim
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Dara Z. Keselheim (BBO #660256)
CHOATE, HALL & STEWART LLP
2 International Place
Boston, MA 02110
Telephone No.: (617) 248-5000
Fax No.: (617) 248-4000

Dated: November 20, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned counsel for TransCanada hereby certifies that counsel for TransCanada has conferred with Narragansett's counsel and that Narragansett has assented to this Motion.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 20, 2006.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

4146509v1