UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076-FDS

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | (Michael P. Angelini, #019340) |
| Plaintiff, ) | (Vincent F. O'Rourke, Jr., #380335) |
| ) | |
| v. ) | |
| ) | |
| THE NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ASSENTED TO EMERGENCY MOTION
TO MODIFY SCHEDULING ORDER**

Defendant Narragansett Electric Company ("Narragansett") hereby moves this Court pursuant to L.R. 16.1(G) to modify the Scheduling Order currently in place by extending all deadlines by sixty days.

As grounds for this request, Narragansett states that, in response to concerns raised by Plaintiff as to the completeness of Narragansett's document production, Narragansett has recently located over forty boxes of documents which appear to be likely to contain information responsive to Plaintiff's document requests and this Court's discovery order. Many of these documents were contained in an archive facility maintained by Eastern Utilities Association ("EUA") prior to its merging with Narragansett in the year 2000 and from the titles on the boxes appear to be likely to contain information prepared in connection with or related to various transactions and regulatory actions from which the parties' dispute arises. Additional time is

necessary for counsel for Defendant to review and produce these documents, and for Plaintiff to review these documents prior to depositions. As the documents are reviewed, Narragansett will produce them on a rolling basis, with approximately 10 boxes expected to be picked up by the copy vendor by December 7, 2006 and another 10-20 boxes on or by December 12, 2006, and with all documents expected to be produced to Plaintiff's counsel's offices in a TIF format (with OCR) by no later than December 28, 2006.

Because many of the witnesses which Plaintiff intends to depose are former employees of Narragansett's predecessor EUA and not employed by either party, and so that Plaintiff may depose Narragansett/EUA's former employees with the benefit of its relevant documents, the parties are in agreement that it is prudent to defer the close of discovery for sixty (60) days to enable Defendant to produce such documents for review by Plaintiffs no later than December 28, 2006 and to defer the commencement of deposition discovery until after January 15, 2007. Plaintiff assents to this motion, but reserves its rights to seek further extension or relief upon review of the documents.

2

05-40076-FDS

{J:\CLIENTS\LIT\304810\0001\PLD\00815897.DOC;1}

WHEREFORE, Defendant respectfully requests this Court to amend its Scheduling Order as follows:

| Event | Current Dates | *Proposed New Dates* |
|---|---|---|
| Date for Narragansett Supplemental Production | | December 28, 2006 |
| Date for Close of Fact Discovery | January 31, 2007 | March 31, 2007 |
| Date for Exchange of Expert Disclosures and Reports | February 28, 2007 | April 30, 2007 |
| Status Conference | February 9, 2007 | February 9, 2007 or TBD by the Court |
| Date for Exchange of Rebuttal Expert Reports | March 30, 2007 | May 31, 2007 |
| Date for Completion of Expert Depositions | April 30, 2007 | June 30, 2007 |
| Date for Filing of Dispositive Motions | May 30, 2007 | July 31, 2007 |
| Date for Final Pre-Trial Conference | August 9, 2007 | August 9, 2007 or TBD by the Court |

THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street. P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
mangenlini@bowditch.com
vorourke@bowditch.com

Assented to:

/s/ Daniel C. Winston
Daniel C. Winston (BBO# 562209)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) (617) 248-5000
dwinston@choate.com

December 6, 2006

3

05-40076-FDS

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 6, 2006.

                                                     /s/Vincent F. O'Rourke, Jr.
                                                   Vincent F. O'Rourke, Jr.,