UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076-FDS

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | (Michael P. Angelini, #019340) |
| Plaintiff, ) | (Vincent F. O'Rourke, Jr., #380335) |
| ) | (Kimberly A. Stone, #630952) |
| v. ) | |
| ) | |
| THE NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT NARRAGANSETT ELECTRIC COMPANY'S
RESPONSE TO TRANSCANADA POWER MARKETING LTD.'S
<u>MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

Defendant Narragansett Electric Company hereby states that it has no opposition to the Motion of TransCanada Power Marketing LTD for Leave to File Amended Complaint.

        THE NARRAGANSETT ELECTRIC COMPANY
        By its Attorneys,


        /s/ Vincent F. O'Rourke, Jr.
        Michael P. Angelini (BBO #019340)
        Vincent F. O'Rourke, Jr. (BBO #380335)
        Kimberly A. Stone (BBO #630952)
        Bowditch & Dewey, LLP
        311 Main Street, P.O. Box 15156
        Worcester, MA 01615-0156
        (508) 791-3511

Dated: March 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the 5th day of March, 2007.

/s/ Vincent F. O'Rourke, Jr.