## CERTIFICATE OF SERVICE

I hereby certify that the Amended Complaint Leave to File Granted on March 7, 2007 was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 7, 2007.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

4183063v1