UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NARRAGANSETT ELECTRIC COMPANY ) <br> ) <br> Defendant, ) <br> ) | C.A. No. 05-40076FDS |

**TRANSCANADA POWER MARKETING LTD.'S ASSENTED-TO MOTION
FOR A LIMITED EXTENSION OF THE DISCOVERY DEADLINE**

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") respectfully submits this motion for an order granting a limited extension of the fact discovery deadline in this matter, currently set for March 31, 2007, to accommodate depositions that could not be scheduled during the discovery period. Defendant Narragansett Electric Company ("Narragansett") has assented to this motion. In support of this motion, TransCanada states as follows:

1.   By Order entered December 6, 2006, fact discovery in this matter must be completed by no later than March 31, 2007.

2.   Throughout discovery in this matter, counsel for the parties have worked together diligently to schedule numerous depositions of individuals who reside in the United States and Canada. The parties will have completed sixteen depositions by the end of March 2007.

3.   Because of conflicts in the schedules of witnesses for both parties, counsel has been unable to schedule all of the depositions within the discovery period.

4. TransCanada therefore requests that the Court extend the fact discovery deadline two weeks, through and including April 15, 2007, for the limited purpose of conducting the remaining depositions.

5. This limited extension will not otherwise impact the Court's Scheduling Order in this case, nor will it prejudice either party.

WHEREFORE, TransCanada respectfully requests that the Court grant this assented-to motion for a two-week extension of the fact discovery period for the limited purpose of concluding depositions.

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.

By its attorneys,

/s/ Dara Z. Kesselheim
Daniel C. Winston (BBO#562209)
Wendy S. Plotkin (BBO#647716)
Dara Z. Kesselheim (BBO#660256)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Tel. (617) 248-5000
Fax (617) 248-4000

Dated: March 21, 2007

4187194v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 21, 2007.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the plaintiff hereby certifies that on March 20, 2007, counsel for TransCanada conferred in good faith with counsel for Narragansett in an effort to resolve or narrow the issues that are the subject of this Motion, and that counsel for Narragansett assented to this motion.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

4187194v1