UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076FDS

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THE NARRAGANSETT ELECTRIC COMPANY | )<br>) |
| Defendant. | )<br>) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), I, Vincent F. O'Rourke, Jr., Esquire, counsel for Defendant, The Narragansett Electric Company, hereby certify that I have attempted in good faith to resolve the issues that are the subject of The Narragansett Electric Company's Motion for Leave to File Amended Answer, but have been unable to resolve them.

                            THE NARRAGANSETT ELECTRIC COMPANY
                            By its Attorneys,

                            /s/ Vincent F. O'Rourke, Jr.
                            Michael P. Angelini (BBO#019340)
                            Vincent F. O'Rourke, Jr. (BBO#380335)
                            Bowditch & Dewey, LLP
                            311 Main Street. P.O. Box 15156
                            Worcester, MA 01615-0156
                            (508) 791-3511

Dated: March 28, 2007

2

CERTIFICATE OF SERVICE

    I, Vincent F. O'Rourke, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 28th day of March, 2007.

                                                /s/ Vincent F. O'Rourke, Jr.
                                                Vincent F. O'Rourke, Jr.