UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

_____
)
TRANSCANADA POWER MARKETING LTD.,  )
)
           Plaintiff,  )
)
    v.  )    C.A. No. 05-40076FDS
)
)
NARRAGANSETT ELECTRIC COMPANY,  )
)
           Defendant.  )
_____)

**PLAINTIFF'S ASSENTED TO EMERGENCY MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") hereby moves, pursuant to L.R. 16.1(G), to modify the Scheduling Order currently in place, as set forth by the Court in its December 6, 2006 Order, by extending the schedule as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date for Close of Fact Discovery | March 31, 2007 | April 18, 2007 |
| Date for Exchange of Expert Disclosures and Reports | April 30, 2007 | May 15, 2007 |
| Status Conference | April 5, 2007 | No change |
| Date for Exchange of Rebuttal Expert Reports | May 31, 2007 | June 15, 2007 |
| Date for the Completion of Expert Depositions | June 30, 2007 | July 13, 2007 |
| Date for Filing of Dispositive Motions | July 31, 2007 | August 15, 2007 |
| Date for Final Pre-Trial Conference | September 13, 2007 | September 28, 2007 or a date agreeable to the court. |

Throughout the deposition phase of discovery in this matter, counsel for the parties have worked together diligently to schedule numerous depositions of individuals who reside in the United States and Canada. The parties will have completed sixteen depositions by the end of March 2007. The proposed modification to the scheduling order is necessary because of

1

conflicts in the schedules of witnesses of both parties and the injury of one of TransCanada's witnesses (who is based in Calgary) that will prevent him from appearing for deposition within the current discovery schedule. TransCanada requests that the Court extend the discovery schedule from March 31, 2007 to April 18, 2007 to allow for the additional depositions to occur. As a result of this brief extension of the discovery deadline, the parties agree that a similar 15-day extension of all other deadlines is appropriate. The parties agree that the Status Conference currently scheduled before the Court on April 5, 2007 should go forward as planned.

**WHEREFORE**, the parties respectfully requests that this Court amend its Scheduling Order as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Date for Close of Fact Discovery | March 31, 2007 | April 18, 2007 |
| Date for Exchange of Expert Disclosures and Reports | April 30, 2007 | May 15, 2007 |
| Status Conference | April 5, 2007 | April 5, 2007 |
| Date for Exchange of Rebuttal Expert Reports | May 31, 2007 | June 15, 2007 |
| Date for the Completion of Expert Depositions | June 30, 2007 | July 13, 2007 |
| Date for Filing of Dispositive Motions | July 31, 2007 | August 15, 2007 |
| Date for Final Pre-Trial Conference | September 13, 2007 | September 28, 2007 or a date agreeable to the Court. |

        TRANSCANADA POWER MARKETING LTD.,

        By its attorneys,

        /s/ Wendy S. Plotkin
        Daniel C. Winston (BBO#562209)
        Wendy S. Plotkin (BBO#647716)
        Dara Z. Kesselheim (BBO #660256)
        CHOATE, HALL & STEWART LLP
        2 International Place
        Boston, MA  02110
        Telephone No.:  (617) 248-5000
        Fax No.:  (617) 248-4000

Assented to:

THE NARRAGANSETT ELECTRIC COMPANY,

By its attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
BOWDITCH & DEWEY LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615
Tel.: (508) 926-3424
Fax: (508) 929-3055

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 29, 2007.

        /s/ Wendy S. Plotkin
        Wendy S. Plotkin

4189672v1