UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

Civil Action No. 05-40076FDS

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE NARRAGANSETT ELECTRIC COMPANY | ) ) |
| Defendant. | ) ) ) |

**ASSENTED-TO EMERGENCY MOTION OF
THE NARRAGANSETT ELECTRIC COMPANY FOR
<u>LIMITED EXTENSION OF THE DISCOVERY DEADLINE</u>**

Defendant, The Narragansett Electric Company ("Narragansett"), respectfully submits this Motion for an Order granting a limited extension of the fact discovery deadline in this matter, until May 4, 2007, to accommodate the review and possible production of two banker's boxes of electronic mail by Narragansett, the completion of depositions currently scheduled to be taken by Plaintiff to which those documents may have some bearing, and any additional document discovery related to any relevant documents being produced. In support of this Motion, Narragansett states as follows:

1. By Order entered on March 29, 2007, fact discovery in this matter must be completed by no later than April 18, 2007.

2. Throughout discovery in this matter, counsel for the parties have worked together diligently to schedule numerous depositions of individuals who reside in the United States and Canada. The parties have completed 18 depositions as of this date.

3. Narragansett recently conducted a further review of its production of electronic mail at the request of TransCanada. In connection with that review, Narragansett has located two banker's boxes of electronic mail.

4. Narragansett requires time to process the electronic documents to see if they have previously been produced to TransCanada in this case, to screen them for privilege and relevance, and then to produce the balance to TransCanada, and TransCanada requires time to review those documents in preparation for pending depositions to which the boxes of electronic mail may relate and to determine if any related document discovery is required.

5. Therefore, Narragansett requests that this Court extend the fact discovery deadline through and including May 4, 2007 in order to enable the documents to be reviewed and produced, the scheduled depositions conducted and any related document discovery concluded.

6. This limited extension will not otherwise impact the Court's Scheduling Order in this case, nor will it prejudice either party. TransCanada assents to the allowance of this Motion.

WHEREFORE, The Narragansett Electric Company respectfully requests that the Court grants this Assented-To Motion of the fact discovery period until May 4, 2007 for the purposes set forth above.

                                            Respectfully, submitted

                                            THE NARRAGANSETT ELECTRIC COMPANY
By its Attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Bowditch & Dewey, LLP
311 Main Street. P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Dated: April 18, 2007

CERTIFICATE OF SERVICE

      I, Vincent F. O'Rourke, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 18th day of April, 2007.

                                        /s/ Vincent F. O'Rourke, Jr.
                                        Vincent F. O'Rourke, Jr.