UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## TRANSCANADA'S ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), TransCanada Power Marketing Ltd. ("TransCanada") hereby moves for leave to file a memorandum in excess of twenty (20) pages in support of its Motion for Summary Judgment.

As grounds for this Motion, TransCanada states that the additional length is necessary for TransCanada to fully and adequately develop its legal arguments, and to furnish the Court with the statutory language and background facts necessary to provide the relevant history and context for TransCanada's arguments. TransCanada further states that it has conferred with counsel for the Defendant and that the Defendant has assented to this Motion.

WHEREFORE, TransCanada respectfully requests leave to file a memorandum in excess of twenty (20) pages, not to exceed thirty (30) pages.

1

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.

By its attorneys,


/s/ Dara Z. Kesselheim
Daniel C. Winston (BBO #562209)
Wendy S. Plotkin (BBO #647716)
Dara Z. Kesselheim (BBO #660256)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA  02110
Tel. (617) 248-5000
Fax (617) 248-4000


Dated:  August 14, 2007


## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the plaintiff hereby certifies that on August 10, 2007, counsel for TransCanada conferred in good faith with counsel for Narragansett regarding this motion, and counsel for Narragansett assented to the filing of this motion.  Counsel for TransCanada confirmed Narragansett's assent with Narragansett's counsel of record on August 13, 2007.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 14, 2007.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

4240821v1