UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | | |
|---|---|---|
| TRANSCANADA POWER MARKETING LTD., | ) | C. A. No.  05-40076-FDS |
| | ) | |
| | ) | (Michael P. Angelini, #019340) |
| Plaintiff, | ) | (Vincent F. O'Rourke, Jr., #380335) |
| | ) | (Daniel P. Flynn, #655180) |
| v. | ) | |
| | ) | |
| NARRAGANSETT ELECTRIC COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT II OF TRANSCANADA POWER MARKETING LTD.'S AMENDED COMPLAINT

Pursuant to Rule 56, F. R. Civ. P., Defendant, The Narragansett Electric Company ("Narragansett"), hereby requests that summary judgment be entered in its favor on Count II of TransCanada Power Marketing Ltd.'s  ("TransCanada") Amended Complaint on the grounds that there are no genuine issues of material fact and that Narragansett is entitled to judgment as a matter of law.  In support of this Motion, Narragansett files herewith its Memorandum in Support, its Concise Statement of Undisputed Material Facts, the Further Affidavit of Michael Hager, and the Affidavit of Daniel P. Flynn, Esquire ("Flynn Aff."), with attachments thereto.

WHEREFORE, Defendant Narragansett Electric Company respectfully requests that this Court allow its Motion for Summary Judgment on Count II of the Amended Complaint.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(E), Defendant respectfully requests that the Court schedule a hearing on its Motion for Summary Judgment on Count II of the Amended Complaint as a hearing will assist the Court in deciding the motion.

NARRAGANSETT ELECTRIC COMPANY,

By its attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO #019340)
Vincent F. O'Rourke, Jr. (BBO #380335)
Daniel P. Flynn (BBO# 655180)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156
Tel: (508) 926-3511
Fax: (508) 929-3035
vorourke@bowditch.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the Defendant hereby certifies that on August 14, 2007, counsel for Narragansett conferred by telephone with counsel for TransCanada in a good faith effort to resolve the issues which are the subject of the Motion and that no resolution was reached.

/s/ Vincent F. O'Rourke, Jr.
Vincent F. O'Rourke, Jr.

## CERTIFICATE OF SERVICE

I, Vincent F. O'Rourke, Jr., hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 15th day of August, 2007.

/s/ Vincent F. O'Rourke, Jr.
Vincent F. O'Rourke, Jr.

{Client Files\lit\304810\0001\PLD\00970288.DOC;1}