UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NARRAGANSETT ELECTRIC COMPANY, )<br>)<br>Defendant. )<br>) | C.A. No. 05-40076FDS |

**TRANSCANADA POWER MARKETING LTD.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") hereby moves for Summary Judgment on Counts I, III, and V (or in the alternative Count IV) of the Amended Complaint, and on all Counts of the Amended Counterclaim.

In support of this Motion, TransCanada submits herewith (i) its Memorandum of Law in Support of Motion for Summary Judgment ("Memorandum of Law") (for which a motion to exceed the 20-page limit has been granted); (ii) the accompanying Affidavit of Michael Hachey; and (iii) an Appendix of documents and transcripts referred to in the Memorandum.

WHEREFORE, for the reasons set forth in TransCanada's accompanying Memorandum of Law, TransCanada respectfully requests summary judgment on Counts I, III, and V, or in the alternative Count IV, of the Amended Complaint, and on all Counts (I through III) of the Amended Counterclaim. Accordingly, TransCanada respectfully requests a ruling that TransCanada was and is entitled to rescind or terminate the Agreement, and that TransCanada is

1

entitled to a fuel adjustment based on the established fuel adjustment triggers for the remainder of Rhode Island until the Agreement terminates.

      Respectfully submitted,

      TRANSCANADA POWER MARKETING LTD.

      By its attorneys,

      /s/  Wendy S. Plotkin
      Daniel C. Winston (BBO #562209)
      Wendy S. Plotkin (BBO #647716)
      Dara Z. Kesselheim (BBO #660256)
      **CHOATE, HALL & STEWART LLP**
      Two International Place
      Boston, MA  02110
      Tel. (617) 248-5000
      Fax (617) 248-4000

Dated:  August 15, 2007

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(E), TransCanada respectfully requests a hearing on its Motion for Summary Judgment, as a hearing will assist the Court in deciding the motion.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the plaintiff hereby certifies that on August 14, 2007, counsel for TransCanada conferred in good faith with counsel for Narragansett in an effort to resolve or narrow the issues that are the subject of this Motion, but that no agreement could be reached by the parties.

      /s/ Wendy S. Plotkin
      Wendy S. Plotkin

## CERTIFICATE OF SERVICE

      I hereby certify that this document (and other associated documents) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2007.

                                               /s/ Wendy S. Plotkin
                                                  Wendy S. Plotkin