UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND DEADLINE BY WHICH TO RESPOND TO OPENING SUMMARY JUDGMENT MOTIONS**

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") and Defendant Narragansett Electric Company ("Narragansett") hereby jointly move, pursuant to L.R. 16.1(G), to extend the date by which responses to opening summary judgment briefs are due by roughly one-week, from August 29, 2007 to September 7, 2007. Pursuant to the Court's scheduling order entered on October 5, 2005, oppositions to summary judgment motions must be filed 14 days after the summary judgment motions are filed. The parties both filed summary judgment motions on August 15, 2007. The parties have agreed that a roughly one week extension until September 7, 2007 for the submission of oppositions is necessary to enable the parties to properly address the pending motions and to accommodate previously scheduled vacations.

4242892v1
4243006v1

**WHEREFORE**, the parties respectfully requests that this Court approve grant the requested extension so that oppositions to the parties' summary judgment motions are due September 7, 2007.

| | |
|---|---|
| THE NARRAGANSETT ELECTRIC COMPANY, | TRANSCANADA POWER MARKETING LTD., |
| By its attorneys, | By its attorneys, |
| /s/ Vincent F. O'Rourke, Jr. | /s/ Wendy S. Plotkin |
| Michael P. Angelini (BBO#019340) | Daniel C. Winston (BBO#562209) |
| Vincent F. O'Rourke, Jr. (BBO# 380335) | Wendy S. Plotkin (BBO#647716) |
| BOWDITCH & DEWEY LLP | Dara Z. Kesselheim (BBO #660256) |
| 311 Main Street | CHOATE, HALL & STEWART LLP |
| P.O. Box 15156 | 2 International Place |
| Worcester, MA 01615 | Boston, MA  02110 |
| Tel.: (508) 926-3424 | Telephone No.:  (617) 248-5000 |
| Fax: (508) 929-3055 | Fax No.:  (617) 248-4000 |

Dated: August 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 16, 2007.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

4242892v1
4243006v1