UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NARRAGANSETT ELECTRIC COMPANY, )<br>)<br>Defendant ) | C.A. No. 05-40076FDS |

**JOINT MOTION TO EXTEND DEADLINE BY WHICH
TO RESPOND TO OPENING SUMMARY JUDGMENT MOTIONS**

Plaintiff TransCanada Power Marketing Ltd. ("TransCanada") and Defendant Narragansett Electric Company ("Narragansett") hereby jointly move, pursuant to L.R. 16.1(G), to extend the date by which responses to opening summary judgment briefs are due by five days from September 7, 2007, to September 12, 2007. The parties both filed summary judgment motions on August 15, 2007. Pursuant to the Court's Order entered on August 21, 2007, oppositions to summary judgment motions are now due on September 7, 2007. The parties have agreed that a five-day extension until September 12, 2007, for the submission of oppositions is necessary to enable the parties to consult with clients and properly address the pending motions.

WHEREFORE, the parties respectfully request that this Court grant the requested extension so that oppositions to the parties' summary judgment motions are due September 12, 2007.

| NARRAGANSETT ELECTRIC COMPANY | TRANSCANADA POWER MARKETING LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Vincent F. O'Rourke, Jr. | /s/ Wendy S. Plotkin |
| Michael P. Angelini (BBO #019340) | Daniel C. Winston (BBO #562209) |
| Vincent F. O'Rourke, Jr. (BBO #380335) | Wendy S. Plotkin (BBO #647716) |
| Bowditch & Dewey, LLP | Choate, Hall & Stewart, LLP |
| 311 Main Street, P.O. Box 15156 | Two International Place |
| Worcester, MA 01615-0156 | Boston, MA 02110 |
| (508) 791-3511 | (617) 248-5000 |
| vorourke@bowditch.com | wplotkin@choate.com |

Date:  August 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Vincent F. O'Rourke, Jr.
Vincent F. O'Rourke, Jr.

{Client Files\lit\304810\0001\PLD\00981997.DOC;1}