UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD. )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>NARRAGANSETT ELECTRIC COMPANY )<br>)<br>Defendant )<br>) | C.A. No. 05-40076FDS |

**NARRAGANSETT ELECTRIC COMPANY'S ASSENTED-TO MOTION
FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), Narragansett Electric Company ("Narragansett") hereby moves for leave to file a Memorandum in excess of twenty (20) pages in support of its Opposition to TransCanada Power Marketing Ltd.'s Motion for Summary Judgment.

As grounds for this Motion, Narragansett states that the additional length is necessary for Narragansett to fully and adequately develop its legal arguments, and to furnish the Court with the statutory language and background facts necessary to provide the relevant history and context for Narragansett's arguments. Narragansett further states that it has conferred with counsel for the Plaintiff and that the Plaintiff has assented to this Motion.

WHEREFORE, Narragansett respectfully requests leave to file a Memorandum in excess of twenty (20) pages, not to exceed thirty (30) pages.

NARRAGANSETT ELECTRIC COMPANY
By its attorneys,

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO#019340)
Vincent F. O'Rourke, Jr. (BBO#380335)
Daniel P. Flynn (BBO# 655180)
Bowditch & Dewey, LLP
311 Main Street. P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511
vorourke@bowditch.com

Date:   August 31, 2007

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the Defendant hereby certifies that on August 31, 2007, counsel for Narragansett conferred in good faith with counsel for TransCanada regarding this Motion, and counsel for TransCanada assented to the filing of this Motion.

/s/ Vincent F. O'Rourke, Jr.
Vincent F. O'Rourke, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 31, 2007.

/s/ Vincent F. O'Rourke, Jr.
Vincent F. O'Rourke, Jr.