UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NARRAGANSETT ELECTRIC COMPANY, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 05-40076FDS |

**TRANSCANADA'S ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF TWELVE PAGES**

Pursuant to Local Rule 7.1(B)(4), TransCanada Power Marketing Ltd. ("TransCanada") hereby moves for leave to file a Reply memorandum in excess of twelve (12) pages in support of TransCanada's Motion for Summary Judgment.[1]

As grounds for this Motion, TransCanada states that the additional length is necessary for TransCanada to fully and adequately address the legal arguments set forth in the Defendant's Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, and to furnish the Court with the facts necessary to provide the relevant history and context for TransCanada's arguments. TransCanada further states that it has conferred with counsel for the Defendant and that the Defendant has assented to this Motion.

WHEREFORE, TransCanada respectfully requests leave to file a memorandum in excess of twelve (12) pages, not to exceed fifteen (15) pages.

---

[1] The Court's original Scheduling Order (entered on October 4, 2005) limits the length of Reply memoranda to twelve double-spaced pages unless leave to file additional pages is granted.

1

4253270v1

Respectfully submitted,

TRANSCANADA POWER MARKETING LTD.

By its attorneys,

/s/ Dara Z. Kesselheim
Daniel C. Winston (BBO #562209)
Wendy S. Plotkin (BBO #647716)
Dara Z. Kesselheim (BBO #660256)
**CHOATE, HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Tel. (617) 248-5000
Fax (617) 248-4000

Dated: September 20, 2007

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the plaintiff hereby certifies that on September 19, 2007, counsel for TransCanada conferred in good faith with counsel for Narragansett regarding this motion, and counsel for Narragansett assented to the filing of this motion.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 20, 2007.

/s/ Dara Z. Kesselheim
Dara Z. Kesselheim

2