UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant ) | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**
**SCHEDULED FOR APRIL 30, 2008**

Plaintiff TransCanada Power Marketing Ltd. and Defendant Narragansett Electric Company (the "parties") hereby jointly move that the Status Conference scheduled in this matter for 3:00 p.m. on April 30, 2008 be continued for a period of thirty days.  As grounds for this Motion, the parties state that counsel have been engaged in settlement discussions and are scheduling a settlement meeting between clients and counsel for the week of April 28, 2008. The parties request an extension for a period of thirty days to enable them to conduct that meeting and thereafter to address the business, financial and other implications of a settlement of this matter.

WHEREFORE, the parties respectfully request that the Court continue the Status Conference presently scheduled on April 30, 2008 for a period of thirty days.

Respectfully submitted,

| NARRAGANSETT ELECTRIC COMPANY | TRANSCANADA POWER MARKETING LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| */s/ Vincent F. O'Rourke, Jr.* | */s/ Daniel C. Winston* |
| Michael P. Angelini (BBO #019340) | Daniel C. Winston (BBO #562209) |
| Vincent F. O'Rourke, Jr. (BBO #380335) | Wendy S. Plotkin (BBO #647716) |
| Bowditch & Dewey, LLP | Choate, Hall & Stewart, LLP |
| 311 Main Street, P.O. Box 15156 | Two International Place |
| Worcester, MA 01615-0156 | Boston, MA 02110 |
| (508) 791-3511 | (617) 248-5000 |
| vorourke@bowditch.com | wplotkin@choate.com |

Date:  April 18, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 18, 2008.

*/s/ Vincent F. O'Rourke, Jr.*
Vincent F. O'Rourke, Jr.