UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> NARRAGANSETT ELECTRIC COMPANY, ) <br> ) <br> Defendant. ) | C.A. No. 05-40076FDS |

**JOINT MOTION FOR CLARIFICATION AND WITHDRAWAL
OF COURT'S MARCH 26, 2008 MEMORANDUM AND ORDER**

Plaintiff TransCanada Power Marketing Ltd. and Defendant Narragansett Electric Company (the "parties") hereby respectfully request that this Court (1) enter an order withdrawing the March 26 Memorandum and Order on Cross Motions for Summary Judgment and clarifying that the Memorandum and Order was not intended to have preclusive effect, and, upon issuing a ruling on that request, (2) enter an order dismissing this case with prejudice and with each party bearing its own fees and costs and waiving all rights of appeal.

In support of this Motion, the parties rely upon their Memorandum in Support of Joint Motion for Clarification and Withdrawal of the Court's March 26, 2008 Memorandum and Order being filed with this Joint Motion.

| | |
|---|---|
| NARRAGANSETT ELECTRIC COMPANY,<br>By Its Attorneys, | TRANSCANADA POWER MARKETING LTD,<br>By Its Attorneys |

/s/ Vincent F. O'Rourke, Jr.
Michael P. Angelini (BBO# 019340)
Vincent F. O'Rourke, Jr. (BBO# 380335)
Daniel P. Flynn (BBO# 655180)
BOWDITCH & DEWEY, LLP
311 Main Street
P. O. Box 15156
Worcester, MA 01615-0156
Tel. (508) 791-3511
Fax (508) 929-3035

/s/ Daniel C. Winston
Daniel C. Winston (BBO# 562209)
Wendy S. Plotkin (BBO# 647716)
Dara Z. Kesselheim (BBO# 660256)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel. (617) 248-5000
Fax (617) 248-4000

July 8, 2008