UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

| | |
|---|---|
| TRANSCANADA POWER MARKETING LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-40076FDS |
| ) | |
| ) | |
| NARRAGANSETT ELECTRIC COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, TransCanada Power Marketing Ltd., and the Defendant, Narragansett Electric Company, hereby stipulate that the Complaint and Counterclaim in this matter be dismissed with prejudice and without costs or attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

| NARRAGANSETT ELECTRIC COMPANY | TRANSCANADA POWER MARKETING LTD. |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Vincent F. O'Rourke, Jr. | /s/ Daniel C. Winston |
| Michael P. Angelini (BBO #019340) | Daniel C. Winston (BBO #562209) |
| Vincent F. O'Rourke, Jr. (BBO #380335) | Wendy S. Plotkin (BBO #647716) |
| Bowditch & Dewey, LLP | Choate, Hall & Stewart, LLP |
| 311 Main Street, P.O. Box 15156 | Two International Place |
| Worcester, MA 01615-0156 | Boston, MA 02110 |
| (508) 791-3511 | (617) 248-5000 |
| vorourke@bowditch.com | dwinston@choate.com |

Date: July 16, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 16, 2008.

                                                          */s/ Vincent F. O'Rourke, Jr.*
                                                          Vincent F. O'Rourke, Jr.